## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brittany Briggs, Special Agent with the Federal Bureau of Investigations being first duly sworn, herby depose and states as follows:

## INTRODUCTION AND BACKGROUND

1.      I have been as a Special Agent for the FBI for approximately one year. As part of my duties as a Special Agent, I am assigned to investigate violations of federal law, including violent crime. This includes violations pertaining to interstate threatening communications and cyberstalking. I have had numerous hours of law enforcement training in the detection and investigation of criminal offenses. I have participated in the execution of search warrants and arrest warrants. Specifically pertaining to the area of interstate threatening communications and cyberstalking, I have gained expertise in these investigations through training, discussions with other law enforcement officers, and everyday work related to conducting these types of investigations.

2.      As will be shown below, there is probable cause to believe **TIMOTHY SCHOLL** (**"SCHOLL"**) used telecommunications to transmit interstate threatening communications, in violation of 18 U.S.C. § 875 and committed the offense of stalking, in violation of 18 U.S.C. § 2261A. I am submitting this Affidavit in support of a Criminal Complaint for **SCHOLL.**

3.      The statements in this Affidavit are based upon information obtained through my own personal investigation of this matter. Since this Affidavit is being submitted for the limited purpose of securing a Criminal Complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish

probable cause to believe **SCHOLL** has engaged in interstate threatening communications and stalking, in violation of 18 U.S.C. § 875 and 18 U.S.C. § 2261A.

## CELLULAR TELEPHONES

4.     Based on my training, cellular telephones inherently operate in and substantially affect interstate commerce. When a cellular telephone places or receives a call, sends or receives a text message, or transmits data, the communication is routed through a network of cell towers, switching centers, and signaling infrastructure that is interconnected across state lines and, frequently, internationally. Cellular carriers operate as electronic communication services and facilities of interstate commerce. Their networks rely on equipment, transmission paths, and signaling protocols (such as SS7) that routinely cross state boundaries even when the calling and called parties are located within the same state. Call detail records and routing data commonly reflect that signaling and call-setup traffic is processed through out-of-state switching facilities, home location registers, and network elements maintained by the carrier. Moreover, the cellular handsets themselves, along with the components, software, and Subscriber Identity Modules they contain, are manufactured outside the relevant jurisdiction and travel in interstate and foreign commerce before reaching the end user. The radio spectrum used by these devices is licensed and regulated by the Federal Communications Commission under federal authority over interstate communications. Accordingly, the use of a cellular telephone to facilitate the offense conduct charged herein constitutes the use of a facility and instrumentality of interstate commerce, and the transmissions at issue traveled in and affected interstate commerce.

## BACKGROUND OF THE CASE

5.     On June 24, 2026, T.N. contacted the National Threat Operations Center to report that he and his wife, E.N., have been receiving ongoing threats via text messages, telephone calls,

and two in-person visits to the residence, to include one visit where **SCHOLL** violently tried to enter T.N. and E.N.'s home, causing physical damage, and another incident where **SCHOLL** caused more physical damage to T.N. and E.N.'s home. The threatening communications began on or around January 2026 and are still ongoing. E.N. is **SCHOLL's** mother, and T.N. is **SCHOLL's** step-father. T.N. and E.N. each attempted to file a Protective Order against **SCHOLL**, but the Order has yet to be served. The following paragraphs are a selection of some of the threatening communications to T.N. and E.N. (The following are not verbatim transcripts but are an accurate summary that your Affiant as reviewed and listened to).

6. On January 3, 2026, **SCHOLL** sent an outgoing text message from cellular phone Number 502-341-4260 (a phone number known by E.N. and T.N. to be utilized by **SCHOLL**), hereafter referred to as the **target telephone** to T.N., through text messages and stated, "I'm going to kill you one day I promise you". T.N. recommended **SCHOLL** to check himself into a hospital. In response, **SCHOLL** stated, "I promise you I will not end up in the hospital either. I'll end up dead or someone else will end up dead. You guys do not control me anymore or my destiny and I promise you I will fucking either kill someone or be killed that's including the cops. I'm not playing around. I promise you." In additional text messages to T.N., **SCHOLL** said "Worked awfully hard on that house" with a fire emoji and house emoji. T.N. interpreted these images to mean **SCHOLL** would burn his house down. In more text messages on that date, **SCHOLL** stated, "Either I die, a cop die or someone in the family dies but all you have to do is shut the fuck up and put my shit in storage and never talk to me again."

7. On April 7, 2026, E.N. called Kansas City Kansas Police Department ("KCKPD") to report a domestic disturbance call at her residence located in Kansas City, Kansas, in the District of Kansas. E.N. reported **SCHOLL** came to her property and broke the window of her residence

without permission. After reviewing video footage from the residence, the surveillance shows **SCHOLL** pulling into the driveway and proceeding to drive into the front yard of the residence to park his car in front of the front door. SCHOLL is shown ringing the doorbell several times, banging on the door, demanding E.N. and T.N. come outside, arguing with the occupants through the Ring doorbell system, aggressively pushing the door, and attempting to force entry. **SCHOLL** is then shown breaking a window to the side of the door by punching it with his fist. **SCHOLL** also threaten an occupant of the residence by saying, "You want me to go kill you too, bitch".

8.　　On April 14, 2026, T.N. called KCKPD to report **SCHOLL** arriving at his residence and attempting to enter. **SCHOLL** broke the door handle off T.N.'s door from attempting to trespass. According to video footage from the residence, **SCHOLL** stated, "I'm not losing my mind. If you think you're staying in my life, I'm going to fucking kill you all".

9.　　On June 24, 2026, E.N. received several incoming calls and voicemails from **target telephone** to her cellular device, each of which is summarized below:

10.　　On June 24, 2026, **SCHOLL** made an outgoing call from the **target telephone** and left a voicemail on E.N.'s cellular phone demanding his money back or else he will kill her. **SCHOLL** stated, "I'm going to fucking kill you bitch".

11.　　On June 24, 2026, **SCHOLL** made an outgoing call from the target telephone and left a voicemail on E.N.'s cellular phone claiming she had people gang-stalking him for months. **SCHOLL** left a voicemail harassing his mother by calling her inappropriate names and proceeded to make death threats, consisting of "I promise you bitch. You're going to die from my hand."

12.　　On June 24, 2026, **SCHOLL** made an outgoing call from the target telephone and left a voicemail on E.N.'s cellular phone telling her she is a bad mother and begins calling her inappropriate names. **SCHOLL's** voicemail states that he believes a mob has been following him

for five years. **SCHOLL** proceeded to say, "If I don't fucking kill you, I'm going to burn you down to the fucking ground you fucking bitch".

13. On June 24, 2026, **SCHOLL** made an outgoing call from the **target telephone** and left a voicemail on E.N.'s cellular phone discussing past relationships with individuals he is alleging have ties to "mafia" members. **SCHOLL** accuses E.N. for having him followed for five years. On multiple occasions, **SCHOLL** calls E.N. a "fucking bitch" and a "fucking cunt." **SCHOLL** states that he believes these mafia connections are attempting to make him do bad things and "reel him into bad things." **SCHOLL** ends the call stating the following, "I promise you, you don't have a son, you have an enemy, you have someone that is going to end you, I'm going to burn you down to the fucking ground, all of you"

14. On June 24, 2026, **SCHOLL** left a voicemail on E.N.'s cellular phone stating someone slashed his tires again for a second time. **SCHOLL** stated if E.N. and his grandma do not pay him back his money, he will set her house on fire and kill E.N.

15. On June 24, 2026, **SCHOLL** left a voicemail on E.N.'s cellular phone in which **SCHOLL** stated, "I promise you, you fucking washed up little cunt, I'm going to fucking kill you bitch".

16. On June 24, 2026, FBI Kansas City Investigators interviewed T.N.. T.N. stated **SCHOLL** has made ongoing threats to him and E.N. and that this has escalated very quickly in the last few days. T.N. and E.N. have had to change their pattern of life due to the threats and they believe **SCHOLL** will burn their house down with them inside. T.N. stated they are in fear of their lives. During the interview, investigators confirmed T.N. and E.N. reside in Kansas City, Kansas and **SCHOLL** resides in Kansas City, Western District of Missouri.

17. Regarding each of the above noted communications between SCHOLL and either E.N. or T.N., E.N. and T.N. reported feeling threatened, being put in fear of death or injury, that they felt harassed, and intimidated.

18. Investigators have reviewed Open-Source documents and police department records and discovered that on April 21, 2026, **SCHOLL** contacted the Kansas City Missouri Police Department and provided the phone number 502-341-4260 and the address of 10404 Hillcrest Rd, Kansas City, MO 64134 in an unrelated event.

## **CONCLUSION**

19. Your affiant respectfully submits that there is probable cause to believe **SCHOLL** committed interstate threatening communications in violation of Title 18, United States Code, § 875, and committed the offense of stalking in violation of Title 18, United States Code § 2261A.


Brittany Briggs
Special Agent
Federal Bureau of Investigation

Presented by reliable electronic means and sworn to telephonically
At 5:15 p.m., with signatures confirmed
this __26th__ day of June 2026.


HONORABLE JILL A. MORRIS
United States Magistrate Judge
Western District of Missouri