**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>TIMOTHY C. SCHOLL,<br>[DOB: 09/24/1992]<br><br>        Defendant. | Case No.  26-00327-01-CR-W-SRB<br>**COUNTS ONE and THREE:**<br>*(Stalking)*<br>18 U.S.C. §§ 2261A(2) and 2261(b)(5)<br>NMT 5 Years' Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years' Supervised Release<br>Class D Felony<br><br>**COUNTS TWO and FOUR:**<br>*(Transmitting Threats in Interstate Commerce)*<br>18 U.S.C. § 875(c)<br>NMT 5 Years' Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years' Supervised Release<br>Class D Felony<br><br>$100 Mandatory Assessment Each Count |

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

## COUNT ONE
*(Stalking)*

On or about January 3, 2026, in the Western District of Missouri, the defendant, TIMOTHY C. SCHOLL, with the intent to harass, intimidate, and cause substantial emotional distress to Adult-Victim #1, used a facility of interstate commerce and electronic communication service, namely a telephone and cellular network service, to engage in a course of conduct that caused, and would reasonably be expected to cause, substantial emotional distress to Adult-Victim #1, and placed him in reasonable fear of death or serious bodily injury, contrary to the provisions of Title 18, United States Code, Sections 2261A(2) and 2261(b)(5).

## COUNT TWO
### *(Transmitting Threats in Interstate Commerce)*

On or about January 3, 2026, in the Western District of Missouri, the defendant, TIMOTHY C. SCHOLL, knowingly and willfully did transmit in interstate commerce, a communication to Adult-Victim #1, and the communication contained a threat to injure Adult-Victim #1, specifically TIMOTHY C. SCHOLL threatened to kill Adult-Victim #1 contrary to the provisions of Title 18, United States Code, Section 875(c).

## COUNT THREE
### *(Stalking)*

On or about June 24, 2026, in the Western District of Missouri, the defendant, TIMOTHY C. SCHOLL, with the intent to harass, intimidate, and cause substantial emotional distress to Adult-Victim #2, used a facility of interstate commerce and electronic communication service, namely a telephone and cellular network service, to engage in a course of conduct that caused, and would reasonably be expected to cause, substantial emotional distress to Adult-Victim #2, and placed her in reasonable fear of death or serious bodily injury, contrary to the provisions of Title 18, United States Code, Sections 2261A(2) and 2261(b)(5).

## COUNT FOUR
### *(Transmitting Threats in Interstate Commerce)*

On or about June 24, 2026, in the Western District of Missouri, the defendant, TIMOTHY C. SCHOLL, knowingly and willfully did transmit in interstate commerce, a communication to

2

Adult-Victim #2, and the communication contained a threat to injure Adult-Victim #2, specifically

TIMOTHY C. SCHOLL threatened to kill Adult-Victim #2, contrary to the provisions of Title 18,

United States Code, Section 875(c).

A TRUE BILL.

July 15, 2026
DATE

*SIGNATURE ON FILE WITH USAO*
FOREPERSON OF THE GRAND JURY

*/s/Jeffrey Q. McCarther*
JEFFREY Q. MCCARTHER
Assistant United States Attorney
VICDTR - HSTF
Western District of Missouri

3